IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SITNIK,<br><br>           Plaintiff,<br><br>   v.<br><br>ENTERPRISE RECOVERY SYSTEMS, INC.,<br><br>           Defendant. | 2:08-cv-02337-GEB-DAD<br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

         On December 17, 2008, Plaintiff filed a Notice of Settlement in which she states "the case has been settled" and she anticipates filing a notice of dismissal of this action within thirty days. Therefore, a dispositional document shall be filed no later than January 20, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

/ / /

/ / /

/ / /

1

The status conference scheduled for January 20, 2009, is continued to February 17, 2009, at 9:00 a.m.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  December 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).